# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

**544**

**CAF 13-00544**

PRESENT: SCUDDER, P.J., FAHEY, LINDLEY, VALENTINO, AND WHALEN, JJ.

---

IN THE MATTER OF LUCILLE A. SOLDATO, COMMISSIONER
OF SOCIAL SERVICES, ASSIGNEE, ON BEHALF OF
CORRINE MURDOCK, PETITIONER-RESPONDENT,

V                                                                    ORDER

KENNEDY HYDE, RESPONDENT-APPELLANT.

---

SCOTT T. GODKIN, UTICA, FOR RESPONDENT-APPELLANT.

RICHARD P. FERRIS, UTICA, FOR PETITIONER-RESPONDENT.

--------------------------------------------------------------------------------------------------------------

Appeal from an order of the Family Court, Oneida County (James R. Griffith, J.), entered March 14, 2013 in a proceeding pursuant to Family Court Act article 4.  The order, among other things, found respondent to be in willful violation of an order of support.

It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.

Entered:  May 2, 2014                                      Frances E. Cafarell
                                                          Clerk of the Court